IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILLY GIPSON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:20-cv-00482-S-BT |
| | § | |
| WARDLAW CONSULTING SERVICES, | § | |
| INC.; WARDLAW CLAIMS SERVICE, | § | |
| LLC; WILLIAM WARDLAW; MICHAEL | § | |
| WARDLAW; and REBECCA | § | |
| WARDLAW, | § | |
|     Defendants. | § | |

**ORDER DISPOSING OF PENDING MOTIONS AND REQUIRING A PROPOSAL FOR THE CONTENTS OF A SCHEDULING ORDER**

On February 9, 2021, the Court held a hearing (via Zoom video call) on several pending motions in this this putative collective action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. At the hearing, Plaintiff's counsel WITHDREW the Motion for Notice to Potential Plaintiffs and Conditional Certification (ECF No. 27). Accordingly, that Motion is terminated. Also, at the hearing, Defense Counsel acknowledged that the Court has subject matter jurisdiction and that venue is proper in this district. Accordingly, Defendants' Motion to Dismiss Plaintiff's Complaint under Rule 12(b)(1) or 12(b)(3) (ECF No. 32) and Defendants' Motion for Leave to File a First Amended Answer (ECF No. 31) are DENIED. Plaintiff's Motion to Strike Defendants' hearing brief (ECF No. 48) is DENIED as moot.

The Court has not yet entered a Scheduling Order. Therefore, the Court ORDERS counsel to confer and file a joint report **no later than February 19, 2021**, containing the following information:

(1) a proposed deadline for joining parties and requesting leave to amend pleadings;

(2) a proposed deadline for completing discovery;

(3) a proposed schedule for filing dispositive motions, including any motion to compel arbitration or to dismiss on *forum non conveniens* grounds;

(4) when the parties expect the case to be ready for trial; and

(5) any other matters relevant to the status or disposition of the case.

If the parties cannot agree on a particular proposal or recommendation, the report must set forth the nature of the disagreement and explain why agreement could not be reached.

**SO ORDERED.**

February 9, 2021.

                                                REBECCA RUTHERFORD
                                                UNITED STATES MAGISTRATE JUDGE