# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BILLY GIPSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-482-S-BT |
| | § | |
| WARDLAW CONSULTING SERVICES, | § | |
| INC.; WARDLAW CLAIMS SERVICE, | § | |
| LLC; WILLIAM WARDLAW, | § | |
| MICHAEL WARDLAW, and REBECCA | § | |
| WARDLAW | § | |

## ORDER

This Order addresses Defendants' unopposed Petition Pursuant to the Federal Arbitration Act to Compel Arbitration ("Petition") [ECF No. 59]. The Court **GRANTS** the unopposed Petition.

Plaintiff Billy Gipson filed this putative collective action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, against his former employer and several related parties (together "Defendants") to recover alleged unpaid overtime wages.[1] Both sides agree that Plaintiff's claims are subject to a valid and enforceable agreement to arbitrate. *See* Tr. 6:1–4, 14–16 [ECF No. 52]. Defendants, therefore, filed a petition to compel arbitration pursuant to the Federal Arbitration Act. *See* ECF No. 59. On May 5, 2021, Plaintiff informed the Court by email that the Petition is unopposed. Finding good cause, the Court **GRANTS** Defendants' unopposed Petition and **DISMISSES** Plaintiff's claims without prejudice to Plaintiff's right to demand arbitration.

---

[1] In various filings, Plaintiff refers to himself together with Mikal King, Duane Jackson, and Keishia Vaughn Washington as "Plaintiffs." *See* ECF No. 27. While these other individuals have filed consent forms to opt-in to a collective action, "there is not currently any collective action to join." *Cooper v. Terminix Int'l Co.*, 2018 WL 1998973, at *6 (S.D. Tex. Apr. 11, 2018). The Court, therefore, does not consider King, Jackson, and Washington as parties to this case. *See id.*

As a result of the dismissal, Defendants' Motion to Dismiss Based on Forum Non Conveniens [ECF No. 50] is **TERMINATED AS MOOT**.

Each party shall bear its own costs, expenses, and attorney's fees in connection with this action. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED May 5, 2021.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**